UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD DWIGHT SMITH,

    Petitioner,

                                                            File No. 2:10-cv-27

v.

                                                             HON. ROBERT HOLMES BELL

CATHERINE BAUMAN,

    Respondent.
                                 /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 15, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the petition for habeas corpus relief be dismissed with prejudice. (Dkt. No. 42.) No objection has been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 15, 2012, R&R (Dkt. No. 42) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DISMISSED** with prejudice.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this action would not be in good faith.

Dated: July 9, 2012                                    /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                 UNITED STATES DISTRICT JUDGE